IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TAMIKA J. AUSTIN, et al.,    )
                             )
    Plaintiffs,               )
                             )     CIVIL ACTION NO.
    v.                        )        2:04cv420-T
                             )           (WO)
CITY OF MONTGOMERY, et al.,  )
                             )
    Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Plaintiffs' objections (Doc. No. 52) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 47) is adopted.

(3) Defendants' motion for summary judgment (Doc. No. 22) is granted as to all federal claims.

(4) Judgment is entered in favor of defendants and against plaintiffs as to all federal claims, with plaintiffs taking nothing by said claims.

It is further ORDERED that plaintiffs' remaining state-law claim is dismissed without prejudice pursuant to 28 U.S.C.A. § 1367.

It is further ORDERED that all other outstanding motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of October, 2005.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**