IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TAMIKA J. AUSTIN, et al.,      )
                               )
    Plaintiffs,                )
                               )  CIVIL ACTION NO.
    v.                         )     2:04cv420-T
                               )        (WO)
BOBBY BRIGHT, etc., et al.,    )
                               )
    Defendants.                )

ORDER

It is ORDERED that plaintiffs' motion to reconsider (Doc. No. 62) is set for submission, without oral argument, on November 18, 2005, with all briefs due by said date.  In their briefs, the parties should address when and if the court has discretion not to tax costs because the plaintiffs cannot pay them.  In their briefs, the parties should address applicable case law.

DONE, this the 3rd day of November, 2005.


               /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE