IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TAMIKA J. AUSTIN, et al.,    )
                             )
    Plaintiffs,              )
                             )   CIVIL ACTION NO.
    v.                       )     2:04cv420-T
                             )        (WO)
BOBBY BRIGHT, etc., et al.,  )
                             )
    Defendants.              )
```

ORDER

Because plaintiffs have failed to provide "substantial documentation of a true inability to pay," Chapman v. Al Transport, 229 F.3d 1012, 1039 (11th Cir. 2000) (en banc), and because plaintiffs have not given any other credible reason to reduce or disallow court costs, it is ORDERED that plaintiffs' motion to reconsider (Doc. No. 62) is denied.

DONE, this the 16th day of December, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE